[No. 64127-1-I.   Division One.   August 9, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. DONALD HUMPHREY III, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 08-1-04859-1, Regina S. Cahan, J., entered August 7, 2009. *Affirmed* by unpublished opinion per Lau, J., concurred in by Dwyer, C.J., and Appelwick, J.

[Nos. 28288-1-III; 28353-4-III.   Division Three.   August 10, 2010.]

ARNOLD SATHER ET AL., *Appellants*, v. THE CITY OF SPOKANE ET AL., *Respondents*.

Appeals from a judgment of the Superior Court for Spokane County, No. 08-2-05456-4, Gregory D. Sypolt, J., entered June 26, 2009. *Affirmed* by unpublished opinion per Brown, J., concurred in by Korsmo, A.C.J., and Sweeney, J.

[No. 28355-1-III.   Division Three.   August 10, 2010.]

JOHN MITSCHKE ET AL., *Appellants*, v. DOUGLAS L. NIELSEN ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Spokane County, No. 08-2-00192-4, Kathleen M. O'Connor, J., entered July 7, 2009. *Affirmed* by unpublished opinion per Brown, J., concurred in by Kulik, C.J., and Siddoway, J.

[No. 28522-7-III.   Division Three.   August 12, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. JACQUILLYN A. BONNER, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 08-1-00212-9, Salvatore F. Cozza, J., entered September 25, 2009. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Kulik, C.J., and Brown, J.